UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Inside Chicago Government operating ) | Civil Action No. 25 CV 02064 |
| www.chigov.com, Dave Glowacz, ) | |
| and J.R. Nanczek ) | |

## RULE TO SHOW CAUSE

The website *Inside Chicago Government* is maintained at www.chigov.com.

Dave Glowacz posts stories on the website www.chigov.com.

J.R. Nanczek posts stories for the website www.chigov.com.

On May 5, 2023, United States District Court Judge Rebecca R. Pallmeyer entered an order regarding hearing set for Friday, June 2, 2023, from 10:00 AM to 12:30 PM and from 2:00 PM to 4:30 PM: ORDER SETTING PUBLIC HEARING AND WRITTEN COMMENT PERIOD REGARDING THE CONSENT DECREE.[1] The May 5, 2023 order stated in part, "Courthouse rules will apply during the Zoom video conferencing. Court proceedings may not be recorded, photographed, broadcast, transmitted, or posted to social media. Proper courtroom decorum must be maintained at all times by the speakers. Proper courtroom decorum must be maintained at all times."[2]

On August 7, 2023, J.R. Nanczek posted a story entitled "Police Consent Decree: toeing the line, or dragging their feet?" to the webpage https://www.chigov.com/chicago/public-safety/cpd-consent-decree-mtg-june-2023 regarding the June 2, 2023 court proceeding. The content posted on this page by J.R. Nanczek includes the following:

  a. The statement "Although the sessions were conducted on-line, the U.S. court for the Northeastern District of Illinois has made no audio or video recordings available to the public. The court does, however, make a written transcript available—to those who request it. (To learn how to hear the entire, two-hour morning session of the meeting, see below.)"

  b. A 23:13 minute audio recording of the June 2, 2023 court hearing.

On May 17, 2024, United States District Court Judge Rebecca R. Pallmeyer entered an amended order regarding a public court hearing on Tuesday, June 11, 2024, from 10:00 AM to 12:30 PM (virtual) and 1:30 PM to 4:00 PM (in person): AMENDED ORDER SETTING IN PERSON AND VIRTUAL PUBLIC HEARING AND WRITTEN COMMENT PERIOD REGARDING TRAFFIC STOPS AND THE CONSENT DECREE.[3] The May 17, 2024 amended order stated in part "Courthouse rules will apply during both the virtual and in-person sessions of the public hearing.

---

[1] 17cv6260 Docket 1087

[2] *Ibid.* at page 4

[3] 17cv6260 Docket 1168

**Court proceedings may not be recorded, photographed, broadcast, transmitted, or posted to social media."**[4] (emphasis included in the amended order)

On June 20, 2024, Dave Glowacz posted a story entitled, "Judge courts police traffic stop control at Consent Decree hearing" to the webpage https://www.chigov.com/chicago/public-safety/cpd-consent-decree-june-2024 regarding the June 11, 2024 court proceedings held by United States District Court Judge Rebecca R. Pallmeyer. The content posted on this page by Dave Glowacz includes the following:

  a. The statement "Though the court did not make a video or audio recording of the hearing publicly available, Inside Chicago Government has provided the audio below."

  b. A screen capture of the June 11, 2024 Consent Decree hearing that cites the source as "U.S. District Court, Northern District of Ill."

  c. A 2 hour and 13.5 minutes audio recording of the June 11, 2024 court hearing.

On August 29, 2024, United States District Court Judge Rebecca R. Pallmeyer entered an order regarding the September 10, 2024 virtual court hearing: ORDER SETTING VIRTUAL PUBLIC HEARING AND WRITTEN COMMENT PERIOD REGARDING THE CONSENT DECREE.[5] The August 29, 2024 order stated in part, "Courthouse rules will apply during the virtual public hearing. **Court proceedings may not be recorded, photographed, broadcast, transmitted, or posted to social media."**[6] (emphasis included in the original order)

On September 17, 2024, J.R. Nanczek posted a story entitled, "Plaudits and audits: September federal Consent Decree hearing" to the webpage https://www.chigov.com/chicago/public-safety/cpd-consent-decree-hearing-sept-2024 regarding the September 10, 2024 court proceeding held by United States District Court Judge Rebecca R. Pallmeyer. The content posted on this page by J.R. Nanczek includes the following:

  a. The statement "Though the court did not make a video or audio recording of the hearing publicly available, Inside Chicago Government has provided the audio below. The audio begins with Judge Pallmeyer."

  b. A screen capture of the September 17, 2024 hearing that cites the source as "U.S. District Court, Northern District of Ill."

  c. A 1 hour and 33.8 minutes audio recording of the September 17, 2024 court hearing.

Posted on www.chigov.com website is a webpage found here: https://www.chigov.com/chicago/public-safety that summaries public safety stories posted by various journalists. Within this page, a summary of a story written by J.R. Nanczek and includes the following:

---

[4] *Ibid*. at page 4
[5] 17cv6260 Docket at 1211
[6] *Ibid*. at page 3

a. A statement that says in part, "Inside Chicago Government presents audio from a federal court's public status hearing on the Chicago Police Department Consent Decree held on Sept. 10 2024."

b. A screen capture of the September 17, 2024 court hearing.[7]

In addition to the webpages listed above, several other news stories on www.chigov.com also include audio recordings and images of court proceedings. For example:

a. A web story titled "Audio of Chicago Police Consent Decree hearing on Dec. 14 2023" and found here: https://www.chigov.com/chicago/public-safety/cpd-consent-decree-hearing-dec-2023. This page is attributed to J.R. Nanczek and filed on December 20, 2023. The page states that, "Though the court did not make a video or audio recording of the hearing publicly available, Inside Chicago Government has provided the audio below." This page includes a "screen capture of Dec. 14 Consent Decree hearing" and states that the source was the "U.S. District Court, Northern District of Ill." The page also includes a link to the 66.1 minutes audio recording.

b. A web story titled "City poised to cook up full-bodied police allocation study, "the hottest of hot potatoes"" and found here: https://www.chigov.com/chicago/public-safety/police-workforce-study-to-start. This story was written by Dave Glowacz on November 6, 2024 and updated November 10, 2024. The webpage states that a "Complete record of Oct. 15, 2024 court hearing on consent decree (requires Superintendent or higher subscription)" is "Available only to [paid] subscribers."

c. A web story titled "Consent Decree hearing: proposed police policies demonstrate "hostility"" and found here: https://www.chigov.com/chicago/public-safety/cpd-consent-decree-nov-2024. This story was written by Dave Glowacz and posted on November 19, 2024. The webpage includes an image of a presentation made during the virtual court hearing and the caption of the image states "Part of Chicago Police Dept.'s presentation at Nov. 12 hearing. Source: U.S. District Court, Northern District of Ill." The webpage states that "An audio recording of Bedi and Snelling follows." and that "Premium Audio" and an "Audio transcript" are both "Available only to [paid] subscribers."

Local Rule 83.1 Court Facilities: Limitations on Use was lawfully in place in 2023 and 2024. Local Rule 83.1(c) states that: No Cameras or Recorders. Except as provided for in an Order of the Court, direction of the Chief Judge, or the United States Marshal, the taking of photographs, video, radio and television broadcasting, or taping in the court environs during the progress of or in connection with any judicial proceeding, whether or not court is actually in session, is prohibited.

The court has not provided audio recordings of the proceedings in *State of Illinois v. City of Chicago 17cv6260.*

The court has not provided images that were cited throughout www.chigov.com. Therefore,

---

[7] This image is different than the screen capture found within the story filed by J.R. Nanczek on September 17, 2024.

**IT IS HEREBY ORDERED THAT** within 14 days of the issuance of this Rule to Show Cause, *Inside Chicago Government* operating www.chigov.com, Dave Glowacz, and J.R. Nanczek shall file a written response to this Rule to Show Cause. The respondents must:

a. show cause why they should not be sanctioned for violating LR 83.1, the May 5, 2023 order, the May 17, 2024 amended order, and the August 29, 2024 order. Sanctions may include, monetary sanctions, a finding of contempt, removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Executive Committee.

b. provide the Executive Committee the source(s) of the audio of the court proceedings.

c. provide the Executive Committee the source(s) of the screen captures posted of the court proceedings.

**IT IS ALSO HEREBY ORDERED THAT** within 24 hours of the issuance of this Rule to Show Cause, *Inside Chicago Government* operating www.chigov.com, shall remove all audio recordings and images referenced in this Rule to Show Cause and any other court proceeding that has taken place in the United States District Court for the Northern District of Illinois from the website www.chigov.com and any other website that they own or operate.

**IT IS ALSO HEREBY ORDERED THAT** the Clerk of Court shall cause this Rule to Show Cause to be docketed in 25 CV 02064 and sent via email to: Dave Glowacz (dave@chigov.com) and JR Nanczek (jrnanczek@yahoo.com) with return receipt required. Mr. Glowacz and Mr. Nanczek are ordered to immediately provide a copy of this Rule to Show Cause to the owner/operator of the website for *Inside Chicago Government* operating www.chigov.com

**IT IS ALSO HEREBY ORDERED THAT** the written responses to this Rule to Show Cause shall be emailed to ILNDAttorneyDiscipline@ilnd.uscourts.gov and include the caption and case number of this matter.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 28th day of February 2025